IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LAURA ROBBINS and
CHRISTOPHER ROBBINS on
behalf of themselves and on behalf
of a Class Comprised of the Other
Similarly Situated Former
Employees of Defendant,                              CV-A09CA609 LY

       Plaintiffs

V.

DURHAM SCHOOL SERVICES,
L.P.,

       Defendant


MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE OF
MARY E. OLSEN, VANCE MCCRARY and CECIL GARDNER

TO THE HONORABLE JUDGE OF SAID COURT:

      Now come Mary E. Olsen, Vance McCrary and Cecil Gardner, Applicants herein, and move this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent the Plaintiffs in this case and would respectfully show unto the Court as follows:

      1.    Applicants are attorneys and members of the law firm of The Gardner Firm with offices at 210 S. Washington Avenue, Post Office Drawer 3103, Mobile, AL 36652; Telephone No. (251) 433-8100; Telecopier No. (251) 433-8181.

      2.    Since 1994, Applicant, Mary E. Olsen has been and presently is a member of and in good standing with the Bar of the State of Alabama. Applicant's bar license number is ASB-4818-N60M. Since 1995, Applicant Mary E. Olsen has been and presently is a member of and in good standing with the Bar of the State of Florida. Applicant Mary E. Olsen's Florida Bar Number is 67075.

3. Since 2001, Applicant, Vance McCrary as been and presently is a member of and in good standing with the Bar of the State of Alabama. Applicant's bar license number is ASB-4402-M74M.

4. Since 1968, Applicant J. Cecil Gardner has been and presently is a member of and in good standing with the Bar of the State of Alabama. Applicant's bar license number is ASB-3461-G65J.

5. Applicant, Mary E. Olsen has been admitted to practice before the following courts:

| COURT: | ADMISSION DATE: |
| --- | --- |
| Southern District Court of Alabama | 03/04/1996 |
| Middle District Court of Alabama | 03/24/1997 |
| Northern District Court of Alabama | 04/25/2007 |
| Northern District Court of Florida | 02/19/1999 |
| United States Court of Appeals Eleventh Circuit | 01/17/1997 |

6. Applicant, M. Vance McCrary has been admitted to practice before the following courts:

| COURT: | ADMISSION DATE: |
| --- | --- |
| Southern District Court of Alabama | 08/05/2004 |
| Middle District Court of Alabama | 12/18/2003 |
| Northern District Court of Alabama | 10/11/2001 |
| United States Court of Appeals Eleventh Circuit | 11/06/2002 |
| United States Supreme Court | 10/03/2005 |

7. Applicant, J. Cecil Gardner been admitted to practice before the following courts:

| COURT: | ADMISSION DATE: |
| --- | --- |
| Southern District Court of Alabama | 03/26/1970 |
| Middle District Court of Alabama | 04/03/1990 |
| Northern District Court of Alabama | 02/11/1998 |

      United States Court of Appeals Eleventh Circuit    10/01/1981

      United States Supreme Court    10/12/1971

8.    All the Applicants are presently in good standing of the bars of the courts listed above.

9.    All Applicants have previously applied to Appear Pro Hac Vice in this district court on one prior occasion in the matter of *Viera, et al. v. Accredited Home Lenders Holding Inc., et al.;* No. 1:07-CV-00719-SS and such application was granted.

10.    None of the Applicants have been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

11.    None of the Applicants have been charged, arrested, or convicted of a criminal offense or offenses.

12.    The Applicants have read and are familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

13.    The Applicants have co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas. Co-Counsels are Hubert Bell, Jr., Texas State Bar No. 02076000 of the Law Office of Hubert Bell Jr., whose office address is 1907 N. Lamar, Suite 300 Austin, Texas 78705; Telephone No. (512) 469-9006; Telecopier No. (512) 469-9008.

Should the Court grant Applicants' motion, Applicants shall tender the amount of $25.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2).

WHEREFORE, PREMISES CONSIDERED, Applicants respectfully request that this Court enter an order permitting the admission of Mary E. Olsen, Vance McCrary and Cecil Gardner to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____
THE GARDNER FIRM
Mary E. Olsen (OLSEM4818)
210 S. Washington Ave.
Post Office Drawer 3103
Mobile, AL 36652
P: (251) 433-8100
F: (251) 433-8181

_____
THE GARDNER FIRM
M. Vance McCrary (MCCRM4402)
210 S. Washington Ave.
Post Office Drawer 3103
Mobile, AL 36652
P: (251) 433-8100
F: (251) 433-8181

_____
THE GARDNER FIRM
J. Cecil Gardner (GARDJ3461)
210 S. Washington Ave.
Post Office Drawer 3103
Mobile, AL 36652
P: (251) 433-8100
F: (251) 433-8181

Cooperating Attorneys for the NLG Maurice and Jane Sugar Law Center for Economic and Social Justice Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| LAURA ROBBINS and<br>CHRISTOPHER ROBBINS on<br>behalf of themselves and on behalf<br>of a Class Comprised of the Other<br>Similarly Situated Former<br>Employees of Defendant,<br><br>         Plaintiffs<br><br>V.<br><br>DURHAM SCHOOL SERVICES,<br>L.P.,<br><br>         Defendant | CV-A09CA609 LY |

### ORDER GRANTING PERMISSION TO PRACTICE PRO HAC VICE

On this day there came to be presented to the Court the Motion for Admission Pro Hac Vice filed by Mary E. Olsen, Vance McCrary and Cecil Gardner, counsel for the Plaintiffs, and the Court, having reviewed the Motion, enters the following order:

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Mary E. Olsen, Vance McCrary and Cecil Gardner may appear on behalf of the Plaintiffs in this cause.

IT IS FURTHER ORDERED that Mary E. Olsen, Vance McCrary and Cecil Gardner if not done so immediately shall tender the amount of $25.00 made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this the ____ day of _____, 2009.

_____
JUDGE PRESIDING