IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| LAURA ROBBINS and CHRISTOPHER ROBBINS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DURHAM SCHOOL SERVICES, L.P.,<br><br>Defendant. | CASE No. 1:09-CV-00609-LY |

### STIPULATION OF DISMISSAL

Come now the Parties, after final Court approval of the Settlement Agreement between the Parties and full satisfaction of the payment described in the Settlement Agreement, and hereby file this Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: __June 8, 2011__

Respectfully submitted,

_____
Mary E. Olsen
Alabama Bar No. OLSEM4818
Email: molsen@thegardnerfirm.com
**M. Vance McCrary**
Alabama Bar No. MCCRM4402
Email: vmccrary@thegardnerfirm.com
THE GARDNER FIRM, P.C.
210 S. Washington Avenue
P.O. Drawer 3103
Mobile, Alabama 36652
Telephone: (251) 433-8100
Facsimile: (251) 433-8181

Stuart J. Miller
Email: stuart@lankmill.com
New York Bar No. SJM 004276
LANKENAU & MILLER, LLP
132 Nassau Street, Suite 423
New York, New York 10038
Telephone: (212) 581-5005
Facsimile: (212) 581-2122

**Hubert Bell, Jr.**
State Bar No. 02076000
LAW OFFICES OF HUBERT BELL, JR
1907 North Lamar Blvd., Suite 300
Austin, Texas 78705
Telephone: (512) 469-9006
Facsimile: (512) 469-9008

Attorneys for Plaintiffs

and

*/s/ James G. Munisteri*

**James G. Munisteri, Esq.**
State Bar No. 14667380
**Merritt B. Chastain, III, Esq.**
State Bar No. 00793491
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, TX 77002

Attorneys for Defendant Durham
School Services, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2011, I filed the foregoing with the Clerk of the Court, which will send a notice of electronic filing to all counsel of record using the CM/ECF system.

*/s/ Hubert Bell Jr.*